FILED

SEP 6 2024

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable J. Brendan Day |
| v. | Mag. No. 24-5028 (JBD) |
| JAHAD DAVIS | **CRIMINAL COMPLAINT** |

I, Jeffrey Moniz, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

/s/ Jeffrey Moniz
_____
Jeffrey Moniz, Special Agent
Federal Bureau of Investigation

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on September 6, 2024,
in the District of New Jersey

Honorable J. Brendan Day
United States Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

**ATTACHMENT A**

On or about July 3, 2024, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

JAHAD DAVIS,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess a firearm, namely, a HS Produkt, model XDM Elite, 9-millimeter semi-automatic pistol bearing serial number BA664162, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Jeffrey Moniz, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts set forth herein based on my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about July 3, 2024, at approximately 6:23 p.m., an Asbury Park Police detective and FBI Task Force Officer (the "Detective"), along with several other members of the FBI's Jersey Shore Safe Streets Task Force, was traveling in an unmarked police vehicle in the area of Pine Street in Asbury Park, New Jersey. As the Detective drove past the 600 block of Pine Street, the Detective observed defendant JAHAD DAVIS ("DAVIS") standing in front of a residence located at 614 Pine Street. The Detective was familiar with DAVIS from previous investigations and knew that there was an active state court warrant for DAVIS's arrest. The Detective communicated his observation to other local law enforcement units in the area and drove around the block to return to DAVIS's location and execute the arrest warrant.

2. As law enforcement approached the intersection of Asbury Avenue and Pine Street, the Detective observed DAVIS attempting to enter the front passenger side door of a red Kia Forte that was parked on Asbury Avenue. At that point, the Detective stopped the unmarked police vehicle next to the Kia, exited his vehicle, and arrested DAVIS pursuant to the active arrest warrant. During a search of DAVIS's person incident to the arrest, law enforcement discovered in DAVIS's waistband a HS Produkt, XDM Elite, 9-millimeter semi-automatic pistol, bearing serial number BA664162 (the "Firearm"), which was loaded with one round of 9-millimeter ammunition in the chamber and an additional thirteen rounds of 9-millimeter ammunition in the attached 20-round magazine.

3. Law enforcement subsequently submitted the Firearm to a law enforcement laboratory for analysis, where it was test fired and found to be operable.

4. The Firearm was manufactured outside the State of New Jersey and, therefore, traveled in interstate commerce prior to DAVIS's possession thereof on or about July 3, 2024.

5. I have reviewed the relevant criminal history records for DAVIS. That review revealed that DAVIS has numerous prior felony convictions in the

State of New Jersey. For instance, on or about September 20, 2013, DAVIS was convicted in the Superior Court of New Jersey, Monmouth County, of first-degree robbery, in violation of N.J.S.A. 2C:15-1. Convicted of this offense, DAVIS was sentenced to a seven-year term of imprisonment.